<: header>Filed 06/12/12        Case 12-00101        Doc 1



MP-12-00101

Form B5 (Official Form 5) - (Rev. 10/06) — 2006 USBC,

| UNITED STATES BANKRUPTCY COURT<br>Eastern DISTRICT OF CALIFORNIA | Involuntary Petition |
|---|---|

**IN RE** (Name of Debtor - If Individual: Last, First, Middle)
State of California

**ALL OTHER NAMES** used by the debtor in the last 8 years (Include married, maiden, and trade names.)
"People of the State of California", "California Department of Corrections And Rehabilitation", "Los Angeles County"

**Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.** (if more than one, state all.): A Republic

**STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)
State Capitol Building
Sacramento, CA 95814

**MAILING ADDRESS OF DEBTOR** (If different from street address)
California Dept. of Justice
Office of the Attorney General
1300 I Street
Sacramento, CA 94244

**County of Residence or Principal Place of Business**: Kings/Sacramento    **ZIP CODE**: 95814    **ZIP CODE**: 94244

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)
900 Quebec Avenue, P.O. Box 7100, Corcoran, CA 93212

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
☒ Chapter 7     ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Name of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other  Republic

## VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District.

## FILING FEE (Check one box)

☐ Full Filing Fee attached   returned for discharge

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| unknown | unknown | unknown |
| **Relationship** | **District** | **Judge** |
| unknown | unknown | unknown |

## ALLEGATIONS (Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED
JUN 12 2012
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1

Form B5 (Official Form 5) Page 2 - (Rev. 10/06)    2006 USBC,

| Involuntary Petition | Name of Debtor State of California |
|---|---|

### TRANSFER OF CLAIM

[X] Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ Petitioner
Signature of Petitioner or Representative (State Title)

Jason Jones / June 2, 2012
Name of Petitioner / Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Jason Jones / P.O. Box 7100 / Corcoran CA. 93212

X In Pro Se
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

---

X _[signature]_ Attorney-in-fact
Signature of Petitioner or Representative (State Title)

J. Jones Trust / June 2, 2012
Name of Petitioner / Date Signed

Name & Mailing Address: Jason Jones / same

X In Pro Se
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

---

X _[signature]_ Attorney-in-fact
Signature of Petitioner or Representative (State Title)

Jones Trust / June 2, 2012
Name of Petitioner / Date Signed

Name & Mailing Address: Jason Jones / same

X In Pro Se
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jason Jones C/o #P-70038 / CSATF. State Prison P.O. Box 7100, Corcoran, CA 93212 | maritime contract | investment security and $7,300,000,000.00 |
| J. Jones Trust non-domiciled | (transfer) maritime contract | $29,000,000.00 |
| Jones Trust non-domiciled | (transfer) non-domiciled | $29,000,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_6_ Continuation Sheets attached

Petitioning Creditors continued
P. 1

_____[signature]_____ Attorney-In-Fact
J. Jones International Trust  June 2, 2012    In Pro Se
Name of Petitioner
Jason Jones
Representative

_____[signature]_____ Attorney-In-Fact
Jones International Bankers Trust  June 2, 2012    In Pro Se
Name of Petitioner
Jason Jones
Representative

_____[signature]_____ Attorney-In-Fact    In Pro Se
J. Jones Bankers' Trust   June 2, 2012
Name of Petitioner

_____[signature]_____ Attorney-In-Fact    In Pro Se
Jones Capital Trust   June 2, 2012
Name of Petitioner
Jason Jones
Representative

_____[signature]_____ Attorney-In-Fact    In Pro Se
Jones State Trust   June 2, 2012
Name of Petitioner
Jason Jones
Representative

Petitioning creditors continued
p. 2

_____ Attorney-in-fact　　　In Prose
Jones International Banking House　June 1, 2012
　　Name of Petitioner
　Jason Jones
　　Representative

### Oath

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Name and address of petitioner: "J. Jones International Trust"
Nature of claim: (Transfer) Maritime contract
Amount of claim: $ 29,000,000.00

Name and address of petitioner: "Jones International Bankers' Trust"
Nature of claim: (Transfer) Maritime contract
Amount of claim: $ 29,000,000.00

Name and address of petitioner: "J. Jones Bankers' Trust"
Nature of claim: (Transfer) Maritime contract
Amount of claim: $ 29,000,000.00

Name and address of petitioner: "Jones Capital Trust"
Nature of claim: (Transfer) Maritime contract
Amount of claim: $ 29,000,000.00

Petitioning creditors continued
P.3

Name and address of Petitioner: "Jones State Trust"
Nature of claim: (Transfer) maritime contract
Amount of claim: $ 29,000,000.00

Name and address of Petitioner: "Jones International Banking House"
Nature of claim: (Transfer) maritime contract
Amount of claim: $ 29,000,000.00

# EXHIBIT

Organic documents Evidencing transfer of Part of claim

PRIVATE AGREEMENT
BETWEEN THE PARTIES
[NON-NEGOTIABLE]

**DEBTORS:**

J. JONES TRUST
JONES TRUST
J. JONES INTERNATIONAL TRUST
JONES INTERNATIONAL BANKERS' TRUST
J. JONES BANKERS' TRUST
JONES CAPITAL TRUST
JONES STATE TRUST
JONES INTERNATIONAL BANKING HOUSE

**SECURED PARTIES:**

JASON EARL JONES
JASON EARL JONES TRUST

This private agreement is entered into between the juristic parties known by the distinct appellations, cited above including any variations in the spelling of said names hereinafter severally and jointly referred to as, "debtor," and/or ,"secured party."

### AGREEMENT

In consideration for the secured party, the debtors do hereby covenant to provide clearance of any and all instruments presented to the debtor by the secured party (or one of the named debtors') for settlement and/or clearance. The debtor does further covenant to facilitate such settlement and/or clearance if requested by making any necessary transmission of instruments to any other juristic party,(including one the named debtors') for clearance, settlement, exchange and/or transfer of funds at the direction of the secured party. The debtor covenant's to facilitate those duties by and through the exercise of faculties, and labor for the secured party and serving as a transmitting utility for the benefit of the secured party, enabling the secured party to engage in commerce with other juristic persons, and further indemnifying, defending, and holding the secured party harmless from and against any and all liability, claims, demands, orders, summons, warrants, judgments, damages, costs, losses, liens, levies, lawsuits, legal actions, penalties, fines, interests, and expenses whatsoever, absolute and/or contingent, now existing or hereafter arising. The secured party shall not under any circumstance be deemed a surety for/to the debtor. The secured party for valuable consideration provides security sufficient for supporting any contract the debtor may execute on behalf of the secured party concerning which the debtor may be regarded as bound.

February 5, 1999

The parties endorsements are made
and accepted in accordance with § 3-401
of the Uniform Commercial Code

_____
DEBTOR

_____
SECURED PARTY

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

__Po le__

v.                Case Number: _____

__State of California__      PROOF OF SERVICE

I hereby certify that on __June 3, 2012__, I served a copy of the attached __involuntary petition__

By placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at __CSATF/State Prison__

(List Name and Address of Each Defendant of Attorney Served)

       United States Bankruptcy Court
       Eastern District of California
       2656 U.S. Courthouse, 1130
       O Street
       Fresno, CA 93721

I declare under penalty of perjury that the foregoing is true and correct

_____
(Signature of Person Completing Service)